NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JARROW FORMULAS, INC.,**
*Plaintiff-Appellant,*

v.

**NOW HEALTH GROUP, INC., DBA Now Foods,**
*Defendant-Cross Appellant.*

------------------------------------------------------

**SOFT GEL TECHNOLOGIES, INC.,**
*Plaintiff/Counterclaim Defendant-Cross Appellant,*

v.

**JARROW FORMULAS, INC.,**
*Defendant/Counterclaimant-Appellant.*

---

2014-1020, -1033, -1039

---

Appeals from the United States District Court for the Central District of California in Nos. 2:10-cv-08301-PSG-JC and 2:11-cv-00164-PSG-JC, Judge Philip S. Gutierrez.

---

**ON MOTION**

---

# O R D E R

Upon consideration of the parties' joint motion to set the briefing schedule,

IT IS ORDERED THAT:

(1)  The motion is granted.

(2)  Jarrow Formulas, Inc.'s initial brief is due January 10, 2014.  NOW Health Group, Inc. and Soft Gel Technologies, Inc.'s initial briefs are due March 12, 2014.  Jarrow's reply brief is due April 21, 2014.  NOW and Soft Gel's reply briefs are due May 5, 2014.  The joint appendix is due May 12, 2014.

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s26